In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00182-CR

                                                ______________________________

 

 

                                 JEFFERY WAYNE WORTH,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                        On Appeal from the 71st Judicial District Court

                                                           Harrison County, Texas

                                                         Trial Court
No. 09-0128X

 

                                                     
                                             

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Jeffery
Wayne Worth appeals from his convictions by the trial court on two charges of
enhanced aggravated robbery with a deadly weapon. Worth has filed a single
brief, in which he raises a single issue which is common to both of his
appeals.  He argues that the trial court
committed reversible error in failing to properly admonish him that he could
face deportation if he was not a United States citizen prior to entry of his
guilty plea.

            We addressed
this issue in detail in our opinion of this date on Worth’s appeal in cause
number 06-09-00181-CR.  For the reasons
stated therein, we likewise conclude that error has not been shown in this
case.

            We affirm
the judgment.

 

 

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          February
1, 2010

Date Decided:             February
2, 2010

 

Do Not Publish